```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-27-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
UNITED STATES OF AMERICA

    -against-

                                    ORDER

SANGMIN CHUN,
                                07 Cr. 737 (KPC)

          Defendant.
-------------------------------x

    WHEREAS, defendant, SANGMIN CHUN, presently released on bail with a curfew requiring him to return home by 9 PM, has requested that his curfew be extended to 10 PM to permit him to work his full day, close the store and return home within his curfew;

    WHEREAS, the government has no objection;

    The defendant's request is GRANTED.

SO ORDERED

Dated: New York, New York
       August 27, 2007

                                 _____
                                 HONORABLE KEVIN P. CASTEL
                                 UNITED STATES DISTRICT JUDGE

                                 LAURA TAYLOR SWAIN U.S.D.J. Part I