UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :     PROPOSED ORDER
                                    :
     - v. -                         :
                                    :     S1 07 Cr. 737 (PKC)
YOUNG SON IM,                       :
SANGMIN CHUN,                       :
HADON KIM,                          :
     a/k/a "Patrick Kim",           :
CULLEN HUMPHREY KA,                 :
FU YU MIAO,                         :
     a/k/a "Kenny", and             :
JAVIER DIAZ,                        :
     a/k/a "Magic",                 :
                                    :
          Defendants.               :
------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-21-07
```

     Upon the application of the United States of America, by and through Assistant United States Attorney John T. Zach, it is hereby ORDERED that the request for an exclusion of time under the Speedy Trial Act in this case is hereby GRANTED from the date of this Order until October 10, 2007.

     The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the parties to further pursue plea discussions and for the Government to provide discovery.  Accordingly, it is further ORDERED that the time between the date of this Order and October 10, 2007 is

hereby excluded under the Speedy Trial Act, 18 U.S.C.

§ 3161(h)(1)(H) & (h)(8)(A), in the interests of justice.

Dated:  New York, New York
        September 21, 2007

_____
JUDGE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE