AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN District of _____

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
NEW YORK
DOC #: _____
DATE FILED: 11/7/07

UNITED STATES OF AMERICA
                    Plaintiff (s),
            V.
SANGMIN CHUN
                    Defendant (s).

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY

CASE NUMBER: S1 07 Cr 737 (PKC)

Notice is hereby given that, subject to approval by the court, __SANGMIN CHUN__ substitutes
                                                                (Party (s) Name)
__ROBERT MAUER, ESQ._____, State Bar No. __RM6045__ as counsel of record in
      (Name of New Attorney)

place of __SAM A. SCHMIDT LAW OFFICE_____
                    (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:
    Firm Name:      ROBERT MAUER, ESQ.
    Address:        1205 FRANKLIN AVENUE; GARDEN CITY, NY 11530
    Telephone:      (516) 248-5803            Facsimile  (516) 294-2767
    E-Mail (Optional):  RMAUER2927@aol.com

I consent to the above substitution.
Date: _____
                                                    (Signature of Party (s))

I consent to being substituted.
Date: 10/4/07
                                                    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 10/4/07
                                                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 11-6-07
                                                    Judge, USDC

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

    ROBERT MAUER, ESQ AFFIRMS UNDER PENALTY OF PERJURY THAT I HAVE REPLACED 18B COUNSEL SAM SCHMIDT SINCE I HAVE BEEN RETAINED BY THE DEFENDANT, SANGMIN CHUN.

*Robert Mauer*

DATED: NEW YORK, NY
       Nov 6, 2007