```
                                            USDS SDNY
                                            DOCUMENT
                                            ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                DOC #: _____
SOUTHERN DISTRICT OF NEW YORK               DATE FILED: 6-17-08
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :    ORDER
                                    :
     - v. -                         :
                                    :    S1 07 Cr. 737 (PKC)
YOUNG SON IM,                       :
SANGMIN CHUN,                       :
HADON KIM,                          :
     a/k/a "Patrick Kim",           :
CULLEN HUMPHREY KA,                 :
FU YU MIAO,                         :
     a/k/a "Kenny", and             :
JAVIER DIAZ,                        :
     a/k/a "Magic",                 :
                                    :
          Defendants.               :
------------------------------------x
```

Upon the application of the United States of America, by and through Assistant United States Attorney John T. Zach, it is hereby ORDERED that the request for an exclusion of time under the Speedy Trial Act in this case is hereby GRANTED from the date of this Order until July 16, 2008.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the parties to further pursue plea discussions. Accordingly, it is further ORDERED that the time between the date of this Order and July 16, 2008 is hereby excluded under the Speedy Trial Act, 18

U.S.C. § 3161(h)(1)(H) & (h)(8)(A), in the interests of justice.

Dated:  New York, New York
        June 17, 2008

                                    _____
                                         JUDGE P. KEVIN CASTEL
                                    UNITED STATES DISTRICT JUDGE